# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| Seven parcels Shipped Through the United States Postal Service and Seized from the Mail Stream on September 12, 2024, as Further Described in Attachment A | ) ) ) ) |

Case No. **5:24-MJ-00391**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution and Possession with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance |
| 21 U.S.C. § 843(b) | Unlawful Use of Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (*give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*/s/ Ross Hinckley*
*Applicant's signature*

_____
Ross Hinckley,  U.S. Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Riverside, CA</u>

Hon. David T. Bristow, U.S. Magistrate Judge
*Printed name and title*

AUSA: <u>Danbee Kim, x6530</u>

**ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

The following seven United States Postal Service ("USPS") Priority Mail parcels seized on September 12, 2024, at the San Bernardino Processing and Distribution Center located at 1900 W. Redlands Blvd., Redlands, California, and currently in United States Postal Inspection Service in San Bernardino, California custody:

a.   **SUBJECT PARCEL 1** is a USPS Priority Mail parcel with tracking label number 9505 5143 1184 4255 1305 50.  **SUBJECT PARCEL 1** is a white colored, large flat rate sized USPS Priority Mail box that measures 12.25" x 12" x 6".  **SUBJECT PARCEL 1** is addressed to "Jonathan Nouanontona, 7801 Allison Way G102, Arvada, CO 80005."  The return address listed on **SUBJECT PARCEL 1** is "Grand Pa MN.T, 858 S Verde Ave, Rialto, CA 92376."  **SUBJECT PARCEL 1** was postmarked on September 11, 2024, in the 92376 zip code.

b.   **SUBJECT PARCEL 2** is a USPS Priority Mail parcel with tracking label number 9505 5141 7513 4255 6223 85.  **SUBJECT PARCEL 2** is white colored, large flat rate sized USPS Priority Mail box that measures 12.25" x 12" x 6".  **SUBJECT PARCEL 2** is addressed to "Julie Strickland, 3539 E Huntsville Rd, Fayetteville, AR 72701."  The return address listed on **SUBJECT PARCEL 2** is "Anime Ages, 14400 Bear Valley Rd, Victorville, CA 92392."  **SUBJECT PARCEL 2** was postmarked on September 11, 2024, in the 92301 zip code.

c.    **SUBJECT PARCEL 3** is a USPS Priority Mail parcel with tracking label number 9505 5138 1111 4255 5684 23. **SUBJECT PARCEL 3** is a brown colored box that measures 12" x 10" x 8". **SUBJECT PARCEL 3** is addressed to "Ana Fernandez, 965 York Ave, Saint Paul, MN 55106, Duplex #1b."  The return address listed on **SUBJECT PARCEL 3** is "Esperanza Caballero, 9730 S Linden Ave, Bloomington, CA 92316 #1035." **SUBJECT PARCEL 3** was postmarked on September 11, 2024, in the 92316 zip code.

d.    **SUBJECT PARCEL 4** is a USPS Priority Mail parcel with tracking label number 9505 5143 1183 4255 0700 93. **SUBJECT PARCEL 4** is re-used Amazon box that measures approximately 16" x 11" x 8 ½". **SUBJECT PARCEL 4** is addressed to "5 Star VIP Detail, 2236 N Franklin St, Philadelphia, PA 19133." The return address listed on **SUBJECT PARCEL 4** is "Eddie M, 2686 W Mill St, San Bernardino, CA 92410." **SUBJECT PARCEL 4** was postmarked on September 11, 2024, in the 92376 zip code.

e.    **SUBJECT PARCEL 5** is a USPS Priority Mail parcel with tracking label number 9505 5125 9707 4255 5914 86. **SUBJECT PARCEL 5** is a white colored, medium flat rate sized USPS Priority Mail box that measures 12" x 3 ½" x 14 ¼". **SUBJECT PARCEL 5** is addressed to "Terry Taylor, 2869 Camden Ave, Omaha, NE 68111." The return address listed on **SUBJECT PARCEL 5** is "Michael Taylor, 1456 E Date St, San Bernardino, CA 92404." **SUBJECT PARCEL 5** was postmarked on September 11, 2024, in the 92404 zip code.

f.    **SUBJECT PARCEL 6** is a USPS Priority Mail parcel with tracking label number 9505 5156 3173 4255 7703 90. **SUBJECT**

**PARCEL 6** is a white colored, medium flat rate sized USPS Priority Mail box that measures 12" x 3 ½" x 14 ¼". **SUBJECT PARCEL 6** is addressed to "Maripaz Kozubal, 5935 Greenbrook Ln, Colorado Springs, CO 80924." The return address listed on **SUBJECT PARCEL 6** is "Maria R. Lopez, 82-353 Adobe Rd, Indio, CA 92201." **SUBJECT PARCEL 6** is postmarked on September 11, 2024, in the 92201 zip code.

g. **SUBJECT PARCEL 7** is a USPS Priority Mail parcel with tracking label number 9505 5144 9424 4255 8034 92. **SUBJECT PARCEL 7** is a brown cardboard box that measures 12" x 8 ¼" x 10 ¼". **SUBJECT PARCEL 7** is addressed to "Stephanie Johnson, 4065 Colfax Dr, Montgomery, AL 36105. The return address listed on **SUBJECT PARCEL 7** is "Albert Corrales, 332 Faith Circle, Perris, CA 92570." **SUBJECT PARCEL 7** is postmarked on September 11, 2024, in the 92570 zip code.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The items to be seized from the parcels described in Attachment A, are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), namely:

    a.    Any controlled substances, including marijuana;

    b.    Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.    Any parcel wrappings and any associated packaging material;

    d.    Records reflecting indicia of ownership of the SUBJECT PARCELS; and

    e.    Records, receipts, pay-owe sheets, or similar documents relating to drug-trafficking.

## **AFFIDAVIT**

I, Ross Hinckley, being duly sworn, declare and state as follows:

## I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of an application for a warrant to search the following seven United States Postal Service ("USPS") Priority Mail parcels in the custody of the United States Postal Inspection Service ("USPIS") in San Bernardino, California, within the Central District of California (collectively, the **"SUBJECT PARCELS"**), as described more fully in Attachment A:

a. A USPS Priority Mail parcel with tracking label number 9505 5143 1184 4255 1305 50 (**"SUBJECT PARCEL 1"**);

b. A USPS Priority Mail parcel with tracking label number 9505 5141 7513 4255 6223 85 (**"SUBJECT PARCEL 2"**);

c. A USPS Priority Mail parcel with tracking label number 9505 5138 1111 4255 5684 23 (**"SUBJECT PARCEL 3"**);

d. A USPS Priority Mail parcel with tracking label number 9505 5143 1183 4255 0700 93 (**"SUBJECT PARCEL 4"**);

e. A USPS Priority Mail parcel with tracking label number 9505 5125 9707 4255 5914 86 (**"SUBJECT PARCEL 5"**);

f. A USPS Priority Mail parcel with tracking label number 9505 5156 3173 4255 7703 90 (**"SUBJECT PARCEL 6"**); and

g. A USPS Priority Mail parcel with tracking label number 9505 5144 9424 4255 8034 92 (**"SUBJECT PARCEL 7"**).

2. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of

Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

3.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. <u>TRAINING AND EXPERIENCE</u>

4.    I am a United States Postal Inspector with the USPIS and have been since June 2003.  I am currently assigned to the USPIS Chicago Division, Madison, WI Domicile, CI2 (Contraband, Interdiction and Investigations) Team, which is responsible for investigating drug trafficking organizations that use parcels to distribute illegal narcotics and/or narcotics proceeds.

5.    As a Postal Inspector, my duties are to investigate violations of postal law as it relates to mail theft, identity

theft, and crimes against employees of the Postal Service.
Additionally, my primary investigative duty includes the
investigation of the unlawful use of the U.S. Mail for criminal
activity, including the transportation of contraband materials
through the U.S. Mail.  As part of my experience, I have
received instruction in the identification, collection and
preservation of evidence, photography, latent print collection
and crime scene investigations.  I have completed thousands of
hours of criminal investigations – compiling information,
interviewing victims, witnesses, and suspects, and collecting
evidence to support the filing of criminal complaints.  I have
worked with other experienced Postal Inspectors, Law Enforcement
Officers and Supervisors and have gained valuable knowledge and
experience from them.  I have prepared and assisted in the
planning and service of numerous search warrants.

6.    I have received training and have experience
investigating violations of state and federal narcotics and
money laundering laws.  I have been involved in various
electronic surveillance methods including federal wiretap
investigations, the debriefing of informants and witnesses, as
well as others who have knowledge of the manufacturing,
distribution, transportation, storage, and importation of
controlled substances, and the laundering of drug proceeds.  I
have participated in many aspects of drug investigations,
including investigations into the smuggling of illegal drugs,
money laundering, and extortion related to drug trafficking.  I
am familiar with narcotics traffickers' methods of operation,

including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering. I am familiar with how drug traffickers use counter-surveillance techniques to avoid detection by law enforcement.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

7.    On September 12, 2024, I and other Law Enforcement Officers identified the **SUBJECT PARCELS** at the San Bernardino Distribution and Processing Center for investigation because the **SUBJECT PARCELS** met certain criteria common to packages containing contraband. The **SUBJECT PARCELS** have features common of parcels containing contraband; specifically, several contained handwritten labels, all lacked business account numbers, and the names of some of the senders and/or recipients do not appear in law enforcement databases as associated with the listed addresses, according to law enforcement databases. Additionally, I believe that the **SUBJECT PARCELS** contain controlled substances or the proceeds from the trafficking of controlled substances because a drug-detection canine alerted to the presence of controlled substances or other items, such as the proceeds of drug sales that have been contaminated by drugs, after sniffing each of the **SUBJECT PARCELS**.

### IV. <u>STATEMENT OF PROBABLE CAUSE</u>

**A.    Background on Use of Mails for Drug Trafficking**

8.    Based on my training and experience as a Postal Inspector, and the experiences shared with me by fellow Postal

Inspectors who specialize in drug investigations, I know the following:

      a.   Postal Inspectors have been conducting investigations into drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

      b.   Although Postal Inspectors still see boxes used to send controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel's appearance.

      c.   The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant

source area for controlled substances.  Controlled substances
are frequently transported from the Inland Empire area via the
United States Mail, and the proceeds from the sale of controlled
substances are frequently returned to the Inland Empire area via
the United States Mail.  These proceeds are generally in the
form of money orders, bank checks, or similar monetary
instruments in amounts over $1,000.  Based on my training and
experience, I know that proceeds from the sale of controlled
substances often contain the odor of drugs because they have
been contaminated by or associated with the odor of one or more
drugs.

      d.  Drug distributors often use USPS Priority Mail
Express, which is the USPS overnight/next day delivery mail
product, or Priority Mail Service, which is the USPS two-to-
three-day delivery mail product.  Drug distributors also often
use the Priority Mail Express delivery service because of its
speed, reliability, and the ability to track the parcel's
progress to delivery.  Drug distributors use the Priority Mail
delivery service because it provides them more time for travel
between states if they decide to follow their shipments to their
destination for distribution.  Also, by adding delivery
confirmation to a Priority Mail parcel, drug traffickers have
the ability to track the parcel's progress to the intended
delivery point, as if the parcel had been mailed using the
Priority Mail 2-Day Service.

    9.  Based on my training and experience, and the
collective experiences shared with me by fellow Postal

Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

    a.    The parcel is contained in a Large Flat Rate cardboard box;

    b.    The parcel bears a handwritten or typed label, whether USPS Express Mail or Priority Mail;

    c.    The handwritten or typed label on the parcel does not contain a business account number;

    d.    The seams of the parcel are all taped or glued shut;

    e.    The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

10.  Parcels exhibiting some of these characteristics are subject to further investigation, which may include verification of the addressee and return addresses and examination by a trained drug-detection canine.

11.  I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases and suspicious parcels. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a

legitimate appearance to the parcel and is almost always paired with a false name.

    **B.    Initial Investigation of the SUBJECT PARCELS**

    12.  On September 12, 2024, during routine parcel inspections at the San Bernardino USPS Processing and Distribution Center, located at 1900 W. Redlands Blvd., Redlands, California, I saw that the **SUBJECT PARCELS** met some of the above-mentioned indicia for the identification of parcels containing drugs or drug trafficking proceeds. Specifically, I determined the following:

    a.    **SUBJECT PARCEL 1** is a USPS Priority Mail parcel with tracking label number 9505 5143 1184 4255 1305 50. **SUBJECT PARCEL 1** white colored, large flat rate sized USPS Priority Mail box that measures 12.25" x 12" x 6". **SUBJECT PARCEL 1** has a handwritten label and does not contain a business account number. According to CLEAR, a law enforcement and open-source database, the return address listed on **SUBJECT PARCEL 1** – "858 S Verde Ave, Rialto, CA 92376," appears to be a legitimate address, but could not be associated with the listed sender, "Grand Pa MN.T."[1] The recipient address listed on **SUBJECT PARCEL 1** – "7801 Allison Way G102, Arvada, CO 80005," – appears to be a legitimate address, but could not be associated with the listed recipient, "Jonathan Nouanontona."

    b.    **SUBJECT PARCEL 2** is a USPS Priority Mail parcel with tracking label number 9505 5141 7513 4255 6223 85. **SUBJECT**

---

[1] Spelling and capitalization are reproduced herein as on the SUBJECT PARCELS.

**PARCEL 2** is white colored, large flat rate sized USPS Priority Mail box that measures 12.25" x 12" x 6". **SUBJECT PARCEL 2** has a computer printed label and but does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 2** – "Anime Ages, 14400 Bear Valley Rd, Victorville, CA 92392" is a legitimate address with the business name associated to it. Inspectors made a phone call to the business and learned it did not send **SUBJECT PARCEL 2.** The recipient address listed on **SUBJECT PARCEL 2** – "3539 E Huntsville Rd, Fayetteville, AR 72701," appears to be a legitimate address, but is not associated with the listed recipient, "Julie Strickland."

      c.    **SUBJECT PARCEL 3** is a USPS Priority Mail parcel with tracking label number 9505 5138 1111 4255 5684 23. **SUBJECT PARCEL 3** is a brown colored box that measures 12" x 10" x 8". **SUBJECT PARCEL 3** has a handwritten label and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 3** – "9730 S Linden Ave, Bloomington, CA 92316, #1035," appears to be a legitimate address, but could not be associated to the sender, "Esperanza Caballero." The recipient address listed on **SUBJECT PARCEL 3** – "865 York Ave, Saint Paul, MN 55106, Duplex #1b," appears to be a legitimate address, but could not associated with the listed recipient, "Ana Fernandez."

      d.    **SUBJECT PARCEL 4** is a USPS Priority Mail parcel with tracking label number 9505 5143 1183 4255 0700 93. **SUBJECT PARCEL 4** is re-used Amazon box that measures approximately 16" x

11" x 8 ½."  **SUBJECT PARCEL 4** has a handwritten label and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 4** – "2686 W Mill St, San Bernardino, CA 92410," is a legitimate address but not associated to the name "Eddie M."  The recipient address listed on **SUBJECT PARCEL 4** – "2236 N Franklin St, Philadelphia, PA 19133," appears to be a legitimate address, but is not associated with the listed recipient, "5 Star VIP Detail."

       e.   **SUBJECT PARCEL 5** is a USPS Priority Mail parcel with tracking label number 9505 5125 9707 4255 5914 86.  **SUBJECT PARCEL 5** is a white colored, medium flat rate sized USPS Priority Mail box that measures 12" x 3 ½" x 14 ¼".  **SUBJECT PARCEL 5** has a handwritten label and does not contain a business account number.  According to CLEAR database records, the return address listed on **SUBJECT PARCEL 5** – "1456 E Date St, San Bernardino, CA 92404," appears to be legitimate address, but is not associated with the listed sender, "Michael Taylor." In addition, USPIS databases show the return address was listed on a prior parcel from which approximately 105 grams of suspected fentanyl pills had been seized. The recipient address listed on **SUBJECT PARCEL 5** – "2869 Camden Ave, Omaha, NE 68111," appears to be a legitimate address, but is not associated with the listed recipient, "Terry Taylor." This address also is associated with a prior USPIS seizure of approximately 369 grams of marijuana.

    f.   **SUBJECT PARCEL 6** is a USPS Priority Mail parcel with tracking label number 9505 5156 3173 4255 7703 90. **SUBJECT PARCEL 6** is a white colored, medium flat rate sized USPS Priority Mail box that measures 12" x 3 ½" x 14 ¼". **SUBJECT PARCEL 6** has a handwritten label and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 6** – "82-353 Adobe Rd, Indio, CA 92201," appears to be legitimate address, but is not associated with the listed sender, "Maria R. Lopez." The recipient address listed on **SUBJECT PARCEL 6** – "5935 Greenbrook Ln, Colorado Spring, CO 80924," appears to be a legitimate address, but is not associated with the listed recipient, "Maripaz Kozubal."

    g.   **SUBJECT PARCEL 7** is a USPS Priority Mail parcel with tracking label number 9505 5144 9424 4255 8034 92. **SUBJECT PARCEL 7** is a brown cardboard box that measures 12" x 8 ¼" x 10 ¼". **SUBJECT PARCEL 7** has a handwritten label and does not contain a business account number. According to CLEAR database records, the return address listed on **SUBJECT PARCEL 7** – "332 Faith Circle, Perris, CA 92570," is not a legitimate address. The recipient address listed on **SUBJECT PARCEL 7** – "4065 Colfax Drive, Montgomery, AL 36105," appears to be a legitimate address, but is not associated with the listed recipient, "Stephanie Johnson."

    **C.**   **Drug-Detection Dog Alerts to the SUBJECT PARCELS**

    13.  Based on my conversations with Officer John Jessup, Police Officer with the Department of State Hospitals-Patton, I learned the following:

      a.    On September 12, 2024, based on the suspicious characteristics of the **SUBJECT PARCELS**, Officer Jessup had his trained drug-detection dog, "Nico," examine the exterior of the **SUBJECT PARCELS**.

      b.    To examine the **SUBJECT PARCELS**, law enforcement personnel placed them in an area where Officer Jessup could perform a canine sniff with "Nico."

      c.    "Nico" gave a positive alert to each of the **SUBJECT PARCELS** individually, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

      d.    Attached hereto as Exhibit 1, and incorporated by reference herein, is a true and correct copy of Officer Jessup's Declaration describing "Nico's" training and history in detecting controlled substances and the alerts on the **SUBJECT PARCELS**.

## V.  <u>CONCLUSION</u>

14.  For the reasons above, there is probable cause to believe that the **SUBJECT PARCELS**, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 16th day of
September, 2024.

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

## EXPERTISE OF DECLARANT

I, Officer John Jessup #5043, I am a Police Officer with the Department of State Hospitals-Patton Police Department.  I have been employed since August of 2017. I attended the Office of Protective Services Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving violent crimes, assaults, narcotic crimes, and sex crimes. I have been involved in well over 150 investigations involving, thefts, crimes against persons, assault on person, and narcotics sales and possession.

Contraband and Interdiction Team: June 2020 to present.
In June 2020, I was assigned to the Contraband and Interdiction Team (C&I) Team. I was assigned as a Narcotics K9 handler in June 2020. While assigned to the C&I Team, I have participated in numerous vehicle searches, mailroom, parcel searches, and unit searches.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Nico, a red and fawn Belgian Malinois. K9 Nico and I are a certified narcotics detection team through the California Narcotics Canine Association (CNCA) and The National Police Canine Association (NPCA). We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Nico and I train daily. Nico has given a positive alert over 800 times in searches where illegal narcotics have been located and/or seized. I have attended a 16-hour Scenario Based Detection Course through Echelon K9 in San Diego, CA., an 8-hour narcotic trends and interdiction in prisons hosted by Ontario Police Department and 36-hour narcotic trends and update course through the California Narcotics Officer Association (CNOA).

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic sales, trafficking, interdiction, and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP (phencyclidine) and Fentanyl.

I have worked as a full time certified K9 handler since June 20, 2020. Since successfully completing K9 handler training, Nico is responsible for the seizure of over 120 pounds of marijuana, over 1700 pounds of methamphetamine, 20 pounds of heroin and 800,000 Fentanyl Pills.

On 09/12/2024, USPI Anthony Herrera Jacobs requested that my narcotics detection K9 "Nico" and I assist in a narcotics parcel investigation. K9 "Nico" alerted to the odor of narcotics emitting from the following:

Parcel 1 USPS Parcel: 9505 5143 1184 4255 1305 50

Parcel 2 USPS Parcel: 9505 5141 7513 4255 6223 85

Parcel 3 USPS Parcel: 9505 5138 1111 4255 5684 23

Parcel 4 USPS Parcel: 9505 5143 1183 4255 0700 93

Parcel 5 USPS Parcel: 9505 5125 9707 4255 5914 86

Parcel 6 USPS Parcel: 9505 5156 3173 4255 7703 90

Parcel 7 USPS Parcel: 9505 5144 9424 4255 8034 92

On 09/12/2024, at about 14:30 hours, while conducting a parcel inspection at the USPIS Offices located at 390 W 5th St, San Bernardino, the above parcels were located. The parcels were set on the ground with other like parcels and separated by approximately 4 to 6 feet. I ran my narcotics detection K9 "Nico" in the direction of the parcels. Upon reaching the parcels in question, K9 "Nico" sat and stared indicating a positive "alert", that the packages and/or the contents was saturated with the odor of illegal narcotics.

*John Jessup*

Officer John Jessup

Patton State Hospital