AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means        ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Seven parcels Shipped Through the United States Postal Service and Seized from the Mail Stream on September 12, 2024, as Further Described in Attachment A | Case No. **5:24-MJ-00391** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   September 16, 2024; 4:04 p.m.              /s/ David T. Bristow
                                                                    *Judge's signature*

City and state:   Riverside, CA                    Hon. David T. Bristow, U.S. Magistrate Judge
                                                          *Printed name and title*

AUSA: Danbee Kim x6530

## Return

| Case No.: 5:24-MJ-00391 | Date and time warrant executed: 9/16/24  4:15 p.m. | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: USPIS Robert King

Inventory of the property taken and name of any person(s) seized:

Subject Parcel 1: No items seized

Subject Parcel 2: (2) Great Value clear plastic bags containing approximately 914 grams of methamphetamine, priority mail box, wrappings and foil balloons

Subject Parcel 3: (10) vacuumed sealed bags of methamphetamine - 4452 grams, priority mail box and wrappings

Subject Parcel 4: Approximately 3960 grams of THC products

Subject Parcel 5: Approximately 2931 grams of THC products

Subject Parcel 6: No items seized

Subject Parcel 7: (10) bottles of Promethazine, 6060 grams and 1020 grams of THC concentrated edibles

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/17/24

*Executing officer's signature*

Ross Hinckley, US Postal Inspector

*Printed name and title*

**ATTACHMENT A**

PARCELS TO BE SEARCHED

The following seven United States Postal Service ("USPS") Priority Mail parcels seized on September 12, 2024, at the San Bernardino Processing and Distribution Center located at 1900 W. Redlands Blvd., Redlands, California, and currently in United States Postal Inspection Service in San Bernardino, California custody:

a. **SUBJECT PARCEL 1** is a USPS Priority Mail parcel with tracking label number 9505 5143 1184 4255 1305 50. **SUBJECT PARCEL 1** is a white colored, large flat rate sized USPS Priority Mail box that measures 12.25" x 12" x 6". **SUBJECT PARCEL 1** is addressed to "Jonathan Nouanontona, 7801 Allison Way G102, Arvada, CO 80005." The return address listed on **SUBJECT PARCEL 1** is "Grand Pa MN.T, 858 S Verde Ave, Rialto, CA 92376." **SUBJECT PARCEL 1** was postmarked on September 11, 2024, in the 92376 zip code.

b. **SUBJECT PARCEL 2** is a USPS Priority Mail parcel with tracking label number 9505 5141 7513 4255 6223 85. **SUBJECT PARCEL 2** is white colored, large flat rate sized USPS Priority Mail box that measures 12.25" x 12" x 6". **SUBJECT PARCEL 2** is addressed to "Julie Strickland, 3539 E Huntsville Rd, Fayetteville, AR 72701." The return address listed on **SUBJECT PARCEL 2** is "Anime Ages, 14400 Bear Valley Rd, Victorville, CA 92392." **SUBJECT PARCEL 2** was postmarked on September 11, 2024, in the 92301 zip code.

      c.    **SUBJECT PARCEL 3** is a USPS Priority Mail parcel with tracking label number 9505 5138 1111 4255 5684 23. **SUBJECT PARCEL 3** is a brown colored box that measures 12" x 10" x 8". **SUBJECT PARCEL 3** is addressed to "Ana Fernandez, 965 York Ave, Saint Paul, MN 55106, Duplex #1b." The return address listed on **SUBJECT PARCEL 3** is "Esperanza Caballero, 9730 S Linden Ave, Bloomington, CA 92316 #1035." **SUBJECT PARCEL 3** was postmarked on September 11, 2024, in the 92316 zip code.

      d.    **SUBJECT PARCEL 4** is a USPS Priority Mail parcel with tracking label number 9505 5143 1183 4255 0700 93. **SUBJECT PARCEL 4** is re-used Amazon box that measures approximately 16" x 11" x 8 ½". **SUBJECT PARCEL 4** is addressed to "5 Star VIP Detail, 2236 N Franklin St, Philadelphia, PA 19133." The return address listed on **SUBJECT PARCEL 4** is "Eddie M, 2686 W Mill St, San Bernardino, CA 92410." **SUBJECT PARCEL 4** was postmarked on September 11, 2024, in the 92376 zip code.

      e.    **SUBJECT PARCEL 5** is a USPS Priority Mail parcel with tracking label number 9505 5125 9707 4255 5914 86. **SUBJECT PARCEL 5** is a white colored, medium flat rate sized USPS Priority Mail box that measures 12" x 3 ½" x 14 ¼". **SUBJECT PARCEL 5** is addressed to "Terry Taylor, 2869 Camden Ave, Omaha, NE 68111." The return address listed on **SUBJECT PARCEL 5** is "Michael Taylor, 1456 E Date St, San Bernardino, CA 92404." **SUBJECT PARCEL 5** was postmarked on September 11, 2024, in the 92404 zip code.

      f.    **SUBJECT PARCEL 6** is a USPS Priority Mail parcel with tracking label number 9505 5156 3173 4255 7703 90. **SUBJECT**

**PARCEL 6** is a white colored, medium flat rate sized USPS Priority Mail box that measures 12" x 3 ½" x 14 ¼". **SUBJECT PARCEL 6** is addressed to "Maripaz Kozubal, 5935 Greenbrook Ln, Colorado Springs, CO 80924." The return address listed on **SUBJECT PARCEL 6** is "Maria R. Lopez, 82-353 Adobe Rd, Indio, CA 92201." **SUBJECT PARCEL 6** is postmarked on September 11, 2024, in the 92201 zip code.

g.   **SUBJECT PARCEL 7** is a USPS Priority Mail parcel with tracking label number 9505 5144 9424 4255 8034 92. **SUBJECT PARCEL 7** is a brown cardboard box that measures 12" x 8 ¼" x 10 ¼". **SUBJECT PARCEL 7** is addressed to "Stephanie Johnson, 4065 Colfax Dr, Montgomery, AL 36105. The return address listed on **SUBJECT PARCEL 7** is "Albert Corrales, 332 Faith Circle, Perris, CA 92570." **SUBJECT PARCEL 7** is postmarked on September 11, 2024, in the 92570 zip code.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The items to be seized from the parcels described in Attachment A, are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), namely:

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c.   Any parcel wrappings and any associated packaging material;

    d.   Records reflecting indicia of ownership of the SUBJECT PARCELS; and

    e.   Records, receipts, pay-owe sheets, or similar documents relating to drug-trafficking.